UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILKEN DEVELOPMENT GROUP, LTD. and CROWN POINTE, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> CITIBANK N.A., as successor-by-merger to CITIBANK F.S.B., and ONEWEST BANK, F.S.B., <br><br> Defendants. | Case No. 11-cv-234-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Notice of Dismissal with prejudice (Doc. 13) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) filed by plaintiffs Wilken Development Group, Ltd. and Crown Pointe, Ltd. Rule 41(a)(1)(A)(i) allows a plaintiff to dismiss an action without a court order at any time before the opposing party serves an answer or a motion for summary judgment. The defendants have not served an answer or motion for summary judgment in this case. Because the plaintiffs have an absolute right to dismiss this case at the present time, the Court finds that this action is **DISMISSED with prejudice** and **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**
**DATED: April 4, 2011**

                                                         s/ J. Phil Gilbert
                                                         **J. PHIL GILBERT**
                                                         **DISTRICT JUDGE**